ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.     CSB# 236458
BRETT O. TERRY, ESQ.         CSB# 270694
LAW OFFICE OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

JOSEPH B. WEINBERGER, ESQ. CSB# 136798
WEINBERGER LAW FIRM
1839 Iron Point Road #180
Folsom, California 95630
T: (916) 357-6767 F: (916) 357-6766
E: joe@weinbergerlaw.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| CHRISTOPHER SAUER, et al.,<br><br>    Plaintiffs,<br><br>   vs.<br><br>COUNTY OF EL DORADO, et al.,<br><br>    Defendants. | Case No. CV14-01269 JAM (CKD)<br><br>ORDER RE: STIPULATION OF THE PARTIES TO WAIVE 28-DAY NOTICE REQUIREMENT PURSUANT TO LOCAL RULE 230 AND REINSTATE THE MARCH 11, 2015 HEARING DATE |

   Based on the stipulation submitted by the parties on February 25, 2015 and good cause appearing therefore, the Court herby adopts the following stipulation of the parties and makes same the order of this Court:

//

1

1. Plaintiff's Amended Motion for Settlement Approval of Petition for Minor's Compromise of Disputed Claims shall be heard on March 11, 2015 at 9:30 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated:  **2/26/2015**                                             /s/ John A. Mendez
                                                                                   HONORABLE JOHN A. MENDEZ
                                                                                   U.S. District Court Judge

2

[Proposed] Order
Sauer, et al., v. County of El Dorado, et al.
U.S. District Court – Eastern District
Case No. CV14-01269 JAM (CKD)