ROBERT R. POWELL, ESQ.   CSB# 159747
DENNIS R. INGOLS, ESQ.     CSB# 236458
BRETT O. TERRY, ESQ.        CSB# 270694
LAW OFFICE OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

JOSEPH B. WEINBERGER, ESQ. CSB# 136798
WEINBERGER LAW FIRM
1839 Iron Point Road #180
Folsom, California 95630
T: (916) 357-6767 F: (916) 357-6766
E: joe@weinbergerlaw.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Christopher Sauer, et al., | Case No.  2:14-cv-01269-JAM-CKD |
| Plaintiffs, | **STIPULATION AND ORDER RE DISMISSAL OF DEFENDANTS LARI MCNEILL, TIMOTHY PETERSON, NICOLE WILLIAMS and ALICIA KINSEY** |
| v. | |
| County of El Dorado, et al., | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs CHRISTOPHER SAUER, HEATHER GRAVES, E.P., DEBORAH TIDWELL, individually and as Guardian ad Litem for minors E.P. and J.S., by and through their counsel of record, hereby stipulate to the immediate dismissal with prejudice of all actions, causes of action, and claims against individual Defendants LARI MCNEILL, TIMOTHY PETERSON (incorrectly sued herein as "James Peterson"), NICOLE WILLIAMS, and ALICIA KINSEY (incorrectly sued herein as "Alicia Tinsley").  Each side will bear their own attorneys' fees and costs relating to all claims against LARI MCNEILL, TIMOTHY PETERSON, NICOLE WILLIAMS and ALICIA KINSEY.

**IT IS SO STIPULATED.**

DATED: April 10, 2015          LAW OFFICE OF ROBERT R. POWELL /

WEINBERGER LAW FIRM

By    /s/ Joseph B. Weinberger
     Robert R. Powell
     Joseph B. Weinberger
     Attorneys for Plaintiffs Christopher Sauer, Heather Graves, E.P., Deborah Tidwell, individually and as guardian ad litem for minors E.P. and J.S.

DATED: April 9, 2015          CAULFIELD LAW FIRM

By    /s/ Andrew T. Caulfield
     Andrew T. Caulfield
     Attorneys for Defendants County of El Dorado, Lari McNeill, and Timothy Peterson

DATED: April 9, 2015          ANWYL, SCOFFIELD & STEPP, LLP

By    /s/ James Anwyl
     James Anwyl
     Attorneys for Defendant Nicole Williams

DATED: April 9, 2015          PORTER SCOTT

By    /s/ Terence J. Cassidy
     Terence J. Cassidy
     Attorneys for Defendant Alicia Kinsey

**IT IS SO ORDERED.**

Dated: 4/10/2015          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge