ROBERT R. POWELL, ESQ.   CSB# 159747
DENNIS R. INGOLS, ESQ.    CSB# 236458
BRETT O. TERRY, ESQ.      CSB# 270694
LAW OFFICE OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

JOSEPH B. WEINBERGER, ESQ. CSB# 136798
WEINBERGER LAW FIRM
1839 Iron Point Road #180
Folsom, California 95630
T: (916) 357-6767 F: (916) 357-6766
E: joe@weinbergerlaw.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Christopher Sauer, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>County of El Dorado, et al.,<br><br>            Defendants. | Case No.  2:14-cv-01269-JAM-CKD<br><br>**STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT COUNTY OF EL DORADO**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs CHRISTOPHER SAUER, HEATHER GRAVES, E.P., DEBORAH TIDWELL, individually and as Guardian ad Litem for minors E.P. and J.S., by and through their counsel of record, hereby stipulate to the immediate dismissal with prejudice of all actions, causes of action, and claims against individual Defendant COUNTY OF EL DORADO.  Each side will bear their own attorneys' fees and costs relating to all claims against COUNTY OF EL DORADO.

//

1

Stipulation and Order re Dismissal of County of El Dorado                                         2:14-cv-01269-JAM-CKD

**IT IS SO STIPULATED.**

DATED: April 14, 2015        LAW OFFICE OF ROBERT R. POWELL /

WEINBERGER LAW FIRM


By  /s/ Robert R. Powell
   Robert R. Powell
   Joseph B. Weinberger
   Attorneys for Plaintiffs Christopher Sauer, Heather Graves, E.P., Deborah Tidwell, individually and as guardian ad litem for minors E.P. and J.S.

DATED: April 14, 2015        CAULFIELD LAW FIRM


By  /s/ Andrew T. Caulfield
   Andrew T. Caulfield
   Attorneys for Defendants County of El Dorado, Lari McNeill, and Timothy Peterson

DATED: April 14, 2015        ANWYL, SCOFFIELD & STEPP, LLP


By  /s/ James Anwyl
   James Anwyl
   Attorneys for Defendant Nicole Williams

DATED: April 16, 2015        PORTER SCOTT


By  /s/ Terence J. Cassidy
   Terence J. Cassidy
   Attorneys for Defendant Alicia Kinsey

**IT IS SO ORDERED.**

Dated:  4/16/2015        /s/ John A. Mendez
                         THE HONORABLE JOHN A. MENDEZ
                         United States District Judge